# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John W. Shea and Tammy I Shea <br> <u>Debtor(s)</u> | BKY. NO. 16-00172 MDF <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6575

                                         Respectfully submitted,

                                         **/s/ Thomas Puleo**
                                         Thomas Puleo, Esquire
                                         James C. Warmbrodt, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6306  FAX (215) 825-6406
                                         Attorney for Movant/Applicant