```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-00172-RNO
John W. Shea
Tammy I Shea                                                        Chapter 13
          Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: karendavi              Page 1 of 2              Date Rcvd: Sep 27, 2017
                             Form ID: pdf010              Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db/jdb         +John W. Shea,    Tammy I Shea,    3013 Ionoff Road,    Harrisburg, PA 17110-3569
4750399        +Accounts Recovery Bureau,    PO Box 41309, Dept. 310,    Nashville, Tennessee 37204-1309
4750400        +Arcadia Recovery Bureau,    PO Box 70256,    Philadelphia, Pennsylvania 19176-0256
4750401        +Aspire Urgent Care and Family Medicine,    49 Prince Street,
                 Harrisburg, Pennsylvania 17109-3113
4750403        +Bureau of Account Management,    3607 Rosemont Ave.,    Camp Hill, Pennsylvania 17011-6904
4750404        +Bureau of Account Mgmt,    3607 rosemont Ave.,    Camp Hill, Pennsylvania 17011-6904
4750405        +Capital One Bank,    PO Box 30253,    Salt Lake City, Utah 84130-0253
4750406        +Capital One Bank (PO Box 30253, Salt Lak,    PO Box 30253,    Salt Lake City, Utah 84130-0253
4750407        +Comcast,    PO Box 985,    Toledo, Ohio 43697-0985
4750408        +Convergent Outsourcing,    500 SW 7th St.,    Renton , Washington 98057-2983
4750411        +Goodville Mutual Casualty Co.,    145 Bradford Dr.,    West Berlin, NJ 08091-9269
4750412        +J.P. Harris Associates LLC,    PO Box 226,    Mechanicsburg, Pennsylvania 17055-0226
4750413        +Jewish federation of Greater Harrisburg,    3301 North Front Street,
                 Harrisburg , pa 17110-1436
4750416        +MSHMC Physicians Group,    PO Box 854,    Hershey 17033-0854
4750414        +McClure Law Office,    PO Box 65,    Middletown, Pennsylvania 17057-0065
4793504        +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                 3232 Newmark Drive,    Attn: Bankruptcy Department,    Miamisburg, OH 45342-5421
4750426        +PNC Mortgage,    PO Box 8703,    Dayton, Ohio 45401-8703
4750418        +Penn Credit Corp.,    916 S. 14th St.,    Harrisburg, Pennsylvania 17104-3425
4750419        +Penn Credit Corp.,    916 S. 14th St.,    PO Box 988,    Harrisburg, Pennsylvania 17108-0988
4750420         Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, Pennsylvania 15264-3291
4750422        +Pinnacle Health CardioVascular Institute,    1000 N. Front St.,    Wormleysburg, PA 17043-1034
4750423        +Pinnacle Health Emergency,    PO Box 8700,    Harrisburg, Pennsylvania 17105-8700
4750424         Pinnacle Health Hospitals,    PO Box 2352,    Harrisburg, Pennsylvania 17105-2353
4750427        +Quantum Imaging and Therapeutic Associat,    PO Box 1259, Dept. 19687,
                 Oaks, Pennsylvania 19456-1259
4750428        +Quest Diagnostics,    PO Box 740775,    Cincinnati, Ohio 45274-0775
4750429        +Strokoff & Cowden, PC,    132 State Street,    Harrisburg, PA 17101-1067
4750430        +Susquehanna Township Authority,    1900 Linglestown Rd.,    Harrisburg, Pennsylvania 17110-3301
4761390         US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
4750431        +US Dept. of Education,    PO Box 5609,    Greenville, Texas 75403-5609
4750432        +US Dept. of Education /GLEL,    PO Box 7859,    Madison, Wisconsin 53707-7859
4757523        +Wells Fargo Bank N.A., dba Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
4750433         Wells Fargo Bank NA,    PO Box 3117,    Winston Salem, North Carolina 27102-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4750402        +E-mail/Text: banko@berkscredit.com Sep 27 2017 18:59:23      Berks Credit & Collections,
                 PO Box 329,    Tempe, Pennsylvania 19560-0329
4751478        +E-mail/Text: bankruptcy@cavps.com Sep 27 2017 19:00:01      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4750409         E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 27 2017 19:00:06
                 Credit Collection Services,    PO Box 9134,    Needham, Massachusetts 02494-9134
4750410        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 27 2017 19:09:07      Credit One Bank,
                 PO Box 98872,    Las Vegas, Nevada 89193-8872
4812497        +E-mail/Text: cio.bncmail@irs.gov Sep 27 2017 18:59:22      Internal Revenue Service,
                 600 Arch St., PO Box 1205,    Philadelphia, PA 19106-1695
4750415        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2017 18:59:56      Midland Funding, LLC,
                 2365 Northside Drive, #300,    San Diego, CA 92108-2709
4750417        +E-mail/Text: Bankruptcies@nragroup.com Sep 27 2017 19:00:08      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, Pennsylvania 17111-1036
4750425         E-mail/Text: schesek@pinnaclehealth.org Sep 27 2017 18:59:26      Pinnacle Health Hospitals,
                 PO Box 2353,    Harrisburg, Pennsylvania 17105-2353
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4750421*       +Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, Pennsylvania 15264-3291
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:

```
          Chad J. Julius    on behalf of Debtor John W. Shea cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Chad J. Julius    on behalf of Joint Debtor Tammy I Shea cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JOHN W. SHEA | : CASE NO.:  1:16-bk-00172-RNO |
| TAMMY I. SHEA | : |

<u>ORDER</u>

Upon consideration of the Debtors' Motion to Dismiss their Chapter 13 case pursuant to 11 U.S.C. §1307(b), IT IS HEREBY **ORDERED** that the above-captioned Bankruptcy case is dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: September 27, 2017